UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LEANDRE MARTELL,<br><br>　　　　　　　　　Plaintiff<br><br>　　v.<br><br>WELLPATH LLC, et al.,<br><br>　　　　　　　　　Defendants | Case No. 2:24-cv-00159-GMN-MDC<br><br>**ORDER** |

**I.　DISCUSSION**

On January 22, 2024, Plaintiff filed a complaint with the Court.  (ECF No. 1-1). Plaintiff's name is typed out on the signature line. (*Id.* at 14).  Two days later Plaintiff filed an application to proceed *in forma pauperis*, with his name typed in the signature line. (ECF No. 2 at 3.)

Under Rule 11 of the Federal Rules of Civil Procedure, a plaintiff who is not represented by counsel is required to personally sign all his pleadings, including the complaint.  Fed. R. Civ. P. 11(a).  When an unrepresented Plaintiff fails to sign a pleading, the Court must strike it, "unless the omission is promptly corrected after being called to" his attention.  Plaintiff's typed name does not constitute a valid electronic signature, and therefore the Court cannot consider Plaintiff's filings.  The Court will send Plaintiff a courtesy copy of his complaint and application to proceed *in forma pauperis*.  Plaintiff may sign these documents and return them to the Court.

The Court notes that Nevada Local Rule of Practice IC 5-1 deals with electronic signatures.  If Plaintiff wishes to use an electronic signature in the future, he should review this rule carefully to ensure that his electronic signature is valid.

**II.　CONCLUSION**

For the foregoing reasons, it is ordered that the Clerk of the Court will send Plaintiff a courtesy copy of his complaint (ECF No. 1-1), and his application to proceed *in forma pauperis* (ECF No. 2).

It is further ordered that on or before **March 22, 2024**, Plaintiff will file a signed copy of his complaint and his application to proceed *in forma pauperis*.

Plaintiff is cautioned that this action will be subject to dismissal without prejudice if Plaintiff fails to timely comply with this order. A dismissal without prejudice allows Plaintiff to refile the case with the Court, under a new case number, at a later date.

DATED THIS 21st day of February 2024.

_____
Maximiliano D. Couvillier III
UNITED STATES MAGISTRATE JUDGE