UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

LEANDRE MARTELL,

                Plaintiff,

vs.

OFFICER D. LOWERY, *et al.*

                Defendants.

Case No.: 2:24-cv-00159-GMN-MDC

**ORDER DENYING MOTION TO DISMISS AS MOOT**

      Pending before the Court is the Motion to Dismiss, (ECF No. 39), filed by Defendants Wellpath LLC., Kyle Martineau, Ralph Aquino, and Maria Skelton. Prior to the filing of this Motion to Dismiss, the Court had previously dismissed all claims against Kyle Martineau, Ralph Aquino, and Maria Skelton with prejudice. (Minute Order, ECF No. 35) ("**IT IS HEREBY ORDERD** that the claims against the Wellpath employee Defendants Kyle F. Martineau, Ralph Aquino, and Maria Skelton are **DISMISSED with prejudice.**"). Additionally, the claims against Wellpath were dismissed in the Screening Order, (ECF No. 7). Thus, there were no existing claims against Wellpath, Kyle Martineau, Ralph Aquino, or Maria Skelton at the time the Motion to Dismiss was filed. Accordingly, the Court DENIES the Motion to Dismiss as moot.

      Accordingly,

      **IT IS HEREBY ORDERED** that the Motion to Dismiss, (ECF No. 39), is **DENIED as moot.**

      Dated this __8__ day of December, 2025.

_____
Gloria M. Navarro, District Judge
United States District Court