ROBERT W. FREEMAN
Nevada Bar No. 3062
Robert.Freeman@lewisbrisbois.com
E. MATTHEW FREEMAN
Nevada Bar No. 14198
Matt.Freeman@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
*Attorneys for Defendants*
*Corrections Officer Derek Lowery,*
*Corrections Officer Thien Nguyen,*
*Corrections Officer Julian Abram,*
*Corrections Sgt. Ryan Heise*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA, SOUTHERN DIVISION

***

| | |
|---|---|
| LEANDRE MARTELL,<br><br>    Plaintiff,<br><br>    vs.<br><br>CORRECTIONS OFFICER DEREK LOWERY, CORRECTIONS OFFICER THIEN NGUYEN, CORRECTIONS OFFICER JULIAN ABRAM, CORRECTIONS SGT. RYAN HEISE,<br><br>    Defendant. | CASE NO. 2:24-cv-00159-GMN-MDC<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES**<br><br>**[FIRST REQUEST]** |

Pursuant to LR 6-1 and LR 26-3, the parties, by and through their respective counsel of record, hereby stipulate and request that this Court extend discovery in the above-captioned case by sixty (60) days, up to and including *Friday, February 27, 2026*. In addition, the parties request that all other future deadlines contemplated by the Discovery Plan and Scheduling Order be extended pursuant to Local Rule. This is the parties' second request to extend discovery. In support of this Stipulation and Request, the parties state as follows:

### DISCOVERY COMPLETED

1.     On July 14, 2025, Defendant served their Initial Disclosures of Witnesses and

168537566.1

1 Production of Documents Pursuant to FRCP 26.1.

2. On September 15, 2025, Plaintiff served his Motion to Compel Discovery and Request for Production of Documents, Request for Admissions and Interrogatories on Defendants. Defendants served their responses on October 27, 2025.

3. On September 18, 2025, Defendants served Request for Admissions, Interrogatories and Request for Production of documents on Plaintiff.

4. On October 28, 2025, Plaintiff served his Initial Disclosures of Witnesses and Production of Documents Pursuant to FRCP 26.1.

5. On October 31, 2025, Plaintiff served his First Supplemental Disclosures of Witnesses and Production of Documents Pursuant to FRCP 26.1.

6. On October 31, 2025, Plaintiff served his second set of Request for Admissions and Interrogatories on Defendants.

7. On November 25, 2025, Defendant served their First Supplemental Disclosures of Witnesses and Production of Documents Pursuant to FRCP 26.1.

## DISCOVERY REMAINING

1. The parties will continue participating in written discovery.

2. Plaintiff may depose Defendant's FRCP 30(b)(6) witness(es).

3. The parties may depose any and all other witnesses garnered through discovery, potentially including treatment providers and claims adjusters.

4. Defendants shall provide responses to Plaintiff's two sets of Requests for Production of Documents to Defendants as ordered by ECF No. 59, and discussed during the Parties' meet and confer that went forward on December 12, 2025.

5. Any and all remaining discovery required as permitted by the Federal Rules of Civil Procedure.

## WHY REMAINING DISCOVERY HAS NOT BEEN COMPLETED

The parties have been diligent in moving the case forward: participating in a reasonable amount of discovery, including exchanging their initial lists of witnesses and documents;

168537566.1                                2

supplemental lists of witnesses and documents, propounding written discovery requests and preparing responses thereto.

Counsel for Defendant is currently preparing for trial in *Omran v. State Farm Mutual Automobile Insurance Company*, Case No. 2:23-cv-00431-RFB-BNW and *Motley v. Malta, et al*, Case No. 2:21-cv-02075-GMN-BNW. Additionally, Counsel for Defendant is also preparing for Settlement Conferences in *Melnek v. LVMPD, et al.*, Case No. 2:23-cv-01303-GMN-MDC, and *Shipp v. LVMPD, et. al.*, Case No. 2:24-cv-02062-GMN-EJY.

<u>Extension or Modification of The Discovery Plan and Scheduling Order</u>. LR 26-3 governs modifications or extension of the Discovery Plan and Scheduling Order. Any stipulation or motion to extend or modify that Discovery Plan and Scheduling Order must be made no later than twenty-one (21) days before the expiration of the subject deadline and must comply fully with LR 26-3. A request made within 21 days of the subject deadline must be supported by a showing of good cause.

The Parties agree that good cause exists for the requested extension due to this Court's recent Order granting ECF Nos. 51, and 56. The Parties participated in a meet and confer conference on December 12, 2025, wherein Defendants agreed to provide responses to Plaintiff's requests of production of documents by January 12, 2026. Because January 12, 2026, falls outside of the current close of discovery, in order to comply with the Court's order on Plaintiff's two motions, the discovery and subsequent deadlines *must* be extended.

This is the first request for an extension of time in this matter. The parties respectfully submit that the reasons set forth above constitute compelling reasons for the short extension.

The following is a list of the current discovery deadlines and the parties' proposed extended deadlines:

| Scheduled Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Discovery Cut-off | *Monday, December 29, 2025* | *Friday, February 27, 2026* |
| Amend Pleadings or Add Parties | *Closed.* | *Closed.* |

168537566.1                     3

| Scheduled Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Expert Disclosure pursuant to FRCP 26 (a)(2) | *Thursday, October 30, 2025* | *Closed* |
| Rebuttal Expert Disclosure pursuant to FRCP. 26(a)(2) | *Monday, December 1, 2025* | *Closed* |
| Dispositive Motions | *Wednesday, January 28, 2026* | *Monday, March 30, 2026* |
| Pretrial Order | *Friday, February 27, 2026;* or if dispositive motions are filed, 30 days after the entry of order on the dispositive motions. | *Tuesday, April 28, 2026;* or if dispositive motions are filed, 30 days after the entry of order on the dispositive motions. |

WHEREFORE, the parties respectfully request that this Court extend the discovery period by sixty (60) days from the current deadline of Monday, December 29, 2025, up to and including Friday, February 27, 2026, and the other dates as outlined in accordance with the table above.

Dated this 12th day of December, 2025      Dated this 12th day of December, 2025

                                                       LEWIS BRISBOIS BISGAARD & SMITH LLP

/s/ LeAndre Martell                           /s/ E. Matthew Freeman
LEANDRE MARTELL                               ROBERT W. FREEMAN, JR.
Leandremartell70@gmail.com                    Nevada Bar No. 3062
*Plaintiff in Proper Person*                  E. MATTHEW FREEMAN
                                           Nevada Bar No. 14198
                                         6385 S. Rainbow Blvd., Suite 600
                                         Las Vegas, Nevada 89118
                                         *Attorneys for LVMPD Defendants*

**ORDER**

IT IS SO ORDERED.

DATED this __15th__ day of December, 2025.

                                                    _____
                                                    Hon. Maximiliano D. Couvillier, III
                                                    UNITED STATES MAGISTRATE JUDGE