**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

LEANDRE MARTELL,

                    Plaintiff,

        v.

KYLE F. MARTINEAU, *et al.*

                    Defendants.

Case No.: 2:24-cv-00159-GMN-MDC

**ORDER**

On December 9, 2025, Magistrate Judge Couvillier issued a Report and Recommendation, (ECF No. 62), recommending that Plaintiff's Motion Requesting a Stay, ECF No. 47), be denied, and that Wellpath's opposition, (ECF No. 49), be struck from the record as a fugitive document.  That Report and Recommendation was sent to Plaintiff, but it was returned as undeliverable, (ECF No. 68).  The Court then ordered Plaintiff to update his address, (ECF No. 71), which he did on January 28, 2026, (ECF No. 73).  Because Plaintiff has not yet received the Report and Recommendation and has thus not had an opportunity to file an objection, the Court will send the Report and Recommendation to Plaintiff again and allow him additional time to object, if chooses to do so.

///

///

///

///

///

///

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff may file an objection to the Report and Recommendation, (ECF No. 62), no later than February 23, 2026.

The Clerk of Court is kindly directed to send a copy of this Order and the Report and Recommendation, (ECF No. 62), to Plaintiff at his updated address.

Dated this __6__ day of February, 2025.

_____

Gloria M. Navarro, District Judge
United States District Court