# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

Leandre Martell,

               Plaintiff,

vs.

Officer D. Lowery, *et al.*,

               Defendants.

No. 2:24-cv-00159-GMN-MDC

**ORDER GRANTING AND DENYING IN PART MOTION TO REMOVE ATTORNEY (ECF NO. 89)**

The Court has reviewed the *Motion to Remove Attorney* ("Motion") (ECF No. 89). Defendants Kyle Martineau, Ralph Aquino, and Maria L. Skelton ("defendants") request to remove S. Brent Vogel, Esq. and Shannon Kallin, Esq. from the CM/ECF service list for defendants in this case. *ECF No. 89*. Defendants have been dismissed from this case. *See id*; *ECF No. 35*. For good cause shown, the Court therefore grants the Motion regarding removing Mr. Vogel from the CM/ECF service list for defendants. Defendants' request to remove Ms. Kallin is DENIED without prejudice because Ms. Kallin is not listed as counsel of record for, and has not entered a notice of appearance on behalf of, the moving defendants.

ACCORDINGLY,

**IT IS ORDERED that:**

1.  The *Motion to Remove Attorney* (ECF No. 89) is **GRANTED in part** regarding the request to remove S. Brent Vogel, Esq. from the CM/ECF service list for defendants Kyle Martineau, Ralph Aquino, and Maria L. Skelton in this case.

2.  The Motion is **DENIED in part** and without prejudice regarding the request to remove Shannon Kallin, Esq. from the CM/ECF service list for defendants in this case.

DATED: May 6, 2026

IT IS SO ORDERED.

_____
Hon. Maximiliano D. Couvillier, III
United States Magistrate Judge

1