Christopher J. Lalli (5398)
HUTCHISON & STEFFEN, PLLC
10080 West Alta Drive, Suite 200
Las Vegas, NV 89145
Tel:  (702) 385-2500
Fax:  (702) 385-2086
clalli@hutchlegal.com

*Attorneys for Defendants*

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LEANDRE MARTELL;<br><br>    Plaintiff,<br><br>    vs.<br><br>CORRECTIONS OFFICER DEREK LOWERY, CORRECTIONS OFFICER THIEN NGUYEN, CORRECTIONS OFFICER JULIAN ABRAM, CORRECTIONS SGT. RYAN HEISE,<br><br>    Defendants. | Case No. 2:24-cv-00159-GMN-MDC<br><br>**SUBSTITUTION OF COUNSEL** |

Defendants Corrections Officer Derek Lowery, Corrections Officer Thien Nguyen, Corrections Officer Julian Abram, Corrections Sgt. Ryan Heise ("Defendants") substitute the law firm of Hutchison & Steffen, PLLC as their attorneys of records in place and stead of the law firm of Lewis Brisbois Bisgaard & Smith LLP.

Dated this 23rd day of June, 2026.

By:    */s/Matthew Christian*
       Assistant General Counsel
       On behalf of Defendants

The law firm of Lewis Brisbois Bisgaard & Smith LLP agrees and consents to the substitution of the law firm of Hutchison & Steffen, PLLC as the attorneys of record for Defendants.

Dated this 24th day of June, 2026

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

/s/Robert W. Freeman
Robert W. Freeman (3062)
E. Matthew Freeman (14198)
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, NV  89118

The law firm of Hutchison & Steffen, PLLC accepts substitution as attorneys for Defendants in this matter.

Dated this 23rd day of June, 2026.

**HUTCHISON & STEFFEN, PLLC**

/s/Christopher J. Lalli
Christopher J. Lalli (5398)
10080 West Alta Drive, Suite 200
Las Vegas, NV 89145

*Attorneys for Defendants*

**ORDER**

IT IS SO ORDERED.

_____
Hon. Maximiliano D. Couvillier, III
UNITED STATES MAGISTRATE JUDGE
DATED:    June 30, 2026

2