**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Leandre Martell,<br>Plaintiff,<br>v.<br>Officer D. Lowery, *et al*.,<br>Defendants. | **Case No. 2:24-cv-00159-GMN-MDC**<br><br>**<u>ORDER CONTINUING SETTLEMENT CONFERENCE</u>** |

The Court previously scheduled a virtual settlement conference for October 20, 2026. *See ECF No. 102.* The 10/20/26 settlement conference now is **CONTINUED** to allow additional time to coordinate and confirm plaintiff's Zoom appearance with plaintiff's correctional institution. The new date for the settlement conference is **November 3, 2026, starting at 9:00am**.

The Court has already received the parties' respective settlement briefs. The Court will email defense counsel (Mr. Lalli) the zoom link one to two days before the 11/3/26 settlement conference. All other aspects of the Court's 4/30/26 Order (ECF No. 93) remain in effect.

ACCORDINGLY,

**IT IS ORDERED** that the virtual settlement conference is **CONTINUED** to **November 3, 2026, starting at 9:00am**. The Court will email defense counsel (Mr. Lalli) the zoom link one to two days before the settlement conference. All other aspects of the Court's 4/30/26 Order (ECF No. 93) remain in effect.

IT IS SO ORDERED

Dated: October 19, 2026.

_______________________________

Hon. Maximiliano D. Couvillier, III
United States Magistrate Judge