**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Leandre Martell,<br>Plaintiff,<br>vs.<br>Officer D. Lowery, *et al.*,<br>Defendants. | Case No. 2:24-cv-00159-GMN-MDC<br>**ORDER** |

This case is set for a virtual settlement conference on November 3, 2026, at 9:00am via Zoom. *ECF No. 103*. The Court has also been coordinating with plaintiff's correctional institution to confirm his Zoom appearance. *See id.* However, plaintiff has filed a Notice stating that he will likely be transported from his current correctional institution to a new institution before November 3, 2026. *ECF No. 104*. The Court also received confirmation from the correctional institution that plaintiff is no longer in their custody. Therefore, the Court **VACATES** the virtual settlement conference scheduled for November 3, 2026. Plaintiff shall further file a Notice of Change of Address by **November 30, 2026** that reflects his current location and the correctional institution where he is now being held.

Moreover, plaintiff seems to indicate a willingness to no longer hold a settlement conference at this time and "asks the court to proceed as it sees it." *ECF No. 104* at 2. Defendants thus shall also file a Response to this Order by **November 13, 2026**, stating whether they believe a settlement conference would be fruitful at this time.

Accordingly,

IT IS ORDERED that:

1. The virtual settlement conference scheduled for November 3, 2026 is **VACATED**.

2. Plaintiff shall file a Notice of Change of Address by **November 30, 2026,** that reflects his current location and the correctional institution where he is now being held.

3. Defendants shall file a Response to this Order by **November 13, 2026**, stating whether they believe a settlement conference would be fruitful at this time.

DATED: October 29, 2026.

IT IS SO ORDERED.

_______________________________
Hon. Maximiliano D. Couvillier, III
United States Magistrate Judge